UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MUSTAFA MOHAMED MAHMOUD ABDALLA #A221-148-465 | CIVIL ACTION NO. 25-1447 SEC P |
| VERSUS | JUDGE EDWARDS |
| U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 19), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by MUSTAFA MOHAMED MAHMOUD ABDALLA #A221-148-465 (R. Docs. 1, 10) be GRANTED and Abdalla shall be released under the appropriate conditions.

THUS ORDERED AND SIGNED in Chambers this 1st day of April, 2026.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT